| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP |
| | JOHN S. POULOS, SB# 154689 |
| 2 | CAITLIN A. COLMAN, SB# 274075 |
| | 2020 West El Camino Avenue, Suite 700 |
| 3 | Sacramento, California 95833 |
| | Telephone: 916.564.5400 |
| 4 | Facsimile: 916.564.5444 |
| 5 | Attorneys for Defendant, HILTI, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & J RENTALS, INC. d/b/a TWIN CITIES EQUIPMENT RENTALS, a California corporation, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HILTI, INC., an Oklahoma corporation, <br><br> Defendant. | CASE NO. 2:16-cv-00879-MCE-KJN <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT HILTI, INC. TO RESPOND TO COMPLAINT; ORDER THEREON** <br><br> Trial Date: None Set |



4823-3364-8690.1

1

STIPULATION EXTENDING TIME FOR DEFENDANT HILTI, INC. TO RESPOND TO COMPLAINT

1  Plaintiff S & J Rentals, Inc. d/b/a Twin Cities Equipment Rentals and Defendant Hilti, Inc.
2  (collectively "the Parties") seek to continue Defendant's response date to the complaint from June
3  1, 2016, to June 21, 2016; now therefore,
4  The Parties hereby stipulate that Defendant Hilti, Inc.'s response to the complaint will be
5  filed on or before June 21, 2016.

6  DATED: June 1, 2016                    WILLIAM KERSHAW
                                          STUART C. TALLEY
7                                         IAN J. BARLOW
                                          KERSHAW, COOK & TALLEY PC
8

9

10                                        By:      /s/ Stuart C. Talley
                                                 Stuart C. Talley
11                                               Attorneys for Plaintiff, S & J RENTALS, INC.
                                                 d/b/a TWIN CITIES EQUIPMENT RENTALS
12

13

14  DATED: June 1, 2016                   JOHN S. POULOS
                                          CAITLIN A. COLMAN
15                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

16

17                                        By:      /s/ John S. Poulos
                                                 John S. Poulos
18                                               Attorneys for Defendant, HILTI, INC.

**FILER'S ATTESTATION**

I hereby attest that I, John S. Poulos, received the concurrence of Plaintiff's counsel in filing of this document.

                                     */s/ John S. Poulos*
                                     John S. Poulos

**ORDER**

Given the foregoing stipulation of the parties, the deadline for Defendant to file a response to the Complaint is hereby modified so that the deadline is extended to no later than June 21, 2016.

IT IS SO ORDERED.

Dated: June 2, 2016

                                     MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE